# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PAMELA J. TAYLOR**                                           **PLAINTIFF**

**v.**                            **4:10CV00185-WRW**

**SHERI MARBRY,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of March, 2010.


                                       /s/Wm. R. Wilson, Jr.
                           UNITED STATES DISTRICT JUDGE